UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Cr. No. 12-10052-RGS |
| | ) |
| v. | ) VIOLATIONS: |
| | ) 21 U.S.C. § 846- |
| 1. CARLOS MANUEL TEJEDA, a/k/a "WILSON CENTENO-NIEVES", | ) Conspiracy to Possess with Intent to Distribute Cocaine |
| 2. ISKENDER KAPLLANI, a/k/a "ALEX", a/k/a "AL", a/k/a "KENO", | ) 21 U.S.C. § 841(a)(1)-- Possession with Intent to |
| 3. ARBEN TETA, | ) Distribute Cocaine |
| 4. IGLI LEKA, | ) |
| 5. ELTON CEKU, a/k/a "TONY", | ) 21 U.S.C. § 853-- |
| 6. BRYANT MENDOZA | ) Criminal Forfeiture Allegation |

**SUPERSEDING INDICTMENT**

**COUNT ONE:** (21 United States Code, Section 846--Conspiracy to Distribute, and to Possess with Intent to Distribute, Cocaine)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or about May 2009, and continuing thereafter until in or about May 2012, at Roslindale, West Roxbury, Boston, Hyde Park, Braintree, and elsewhere in the District of Massachusetts; in Homestead, Florida, and elsewhere in the District of Florida; and elsewhere,

1. CARLOS MANUEL TEJEDA,
    A/K/A "WILSON CENTENO-NIEVES",
2. ISKENDER KAPLLANI, A/K/A "ALEX",
    A/K/A "AL", A/K/A "KENO",
3. ARBEN TETA,
4. IGLI LEKA,
5. ELTON CEKU, and
6. BRYANT MENDOZA

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with other persons known and unknown to the Grand Jury, to distribute, and

to possess with intent to distribute, cocaine, a Schedule II controlled substance, in violation of 21, United States Code, Section 841(a)(1).

The Grand Jury further charges that the conspiracy involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21, United States Code, Section 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**     (21 United States Code, Section 841(a)(1)--
            Possession with Intent to Distribute Cocaine)

The Grand Jury further charges that:

On August 3, 2011, in Boston, in the District of Massachusetts,

        1.    **CARLOS MANUEL TEJEDA, a/k/a "WILSON CENTENO-NIEVES",**

the defendant herein, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further alleges that the offense described herein involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

**FORFEITURE ALLEGATION**
**(21 U.S.C. § 853)**

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts 1 and 2 of this Indictment,

      1.    CARLOS MANUEL TEJEDA,
            A/K/A "WILSON CENTENO-NIEVES",
      2.    ISKENDER KAPLLANI, A/K/A "ALEX",
            A/K/A "AL", A/K/A, "KENO",
      3.    ARBEN TETA,
      4.    IGLI LEKA,
      5.    ELTON CEKU, and
      6.    BRYANT MENDOZA

defendants herein, shall forfeit to the United States, jointly and severally, any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations, including but not limited to:

    (a)    a gray, 2011 Lincoln Town Car, Massachusetts registration number 2466ZM, VIN number 1LNHM82W11Y672865, registered to Elton Ceku;

    (b)    one blue 2005 Lincoln Town Car, bearing Connecticut registration number 851YRL and VIN 1LNHM81W95Y659992, registered to Arben Teta;

    (c)    one black 2002 Mercedes G500 SUV, bearing Massachusetts registration number 55FC14 and VIN WDCYR49EX2X134078, registered to Iskender Kapllani; and

        (d)   one 2003 white Chevrolet Suburban, bearing California registration number 743HUJ and VIN 3GNEC16Z33G160924, registered to Armand Mara.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants -

        (a)   cannot be located upon the exercise of due diligence;

        (b)   has been transferred or sold to, or deposited with, a third party;

        (c)   has been placed beyond the jurisdiction of the Court;

        (d)   has been substantially diminished in value; or

        (e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in subparagraphs (a) through (e) of this paragraph.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
PETER K. LEVITT
CHRISTOPHER POHL
ASSISTANT U.S. ATTORNEYS


DISTRICT OF MASSACHUSETTS                June 7, 2012

    Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

6/7/2012
@ 3:30pm