UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 12-10052-RGS

UNITED STATES OF AMERICA,

v.

ISKENDER KAPLLANI

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

February 5, 2014

STEARNS, D.J.

I agree with Magistrate Judge Sorokin's analysis and in particular his exposition of the dual sovereignty doctrine and the reasons why, as a matter of law, the narrow exception carved out by *Bartkus v. Illinois*, 359 U.S. 121 (1959), does not apply to Kapllani's Speedy Trial Act claim.[1]  Consequently, the Recommendation is <u>ADOPTED</u> and the motion is <u>DENIED</u> without a further hearing.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE

---

[1] Kapllani has not filed an objection to the Magistrate Judge's Report.