UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

United States v. Kapllani and Bedini

Cr. No. 12-10052-RGS

**Rulings on Motion in Limine**

**To exclude all references to firearms and associated items**

**ALLOWED**, absent any evidence offered by the government that the firearm was owned or possessed by either defendant or was used in any way to further the objectives of the conspiracy.

**To exclude evidence of false identification documents associated with Kapplani**

**DENIED**. The government agrees not to offer the "World Citizen Passport."

**To preclude impeachment (by the government)**

**ALLOWED** as to the acquitted conduct; **DENIED** as to the dismissed conduct.

/s/ Richard G. Stearns

United States District Judge

_____