FILED IN OPEN COURT 5/28/15.
/s/Terri Seelye

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 12-10052-RGS |
| ) | |
| ISKENDER KAPLLANI and ) | |
| TONY BEDINI ) | |

**VERDICT FORM**

As to Count One of the Third Superseding Indictment charging conspiracy to possess with intent to distribute and to distribute cocaine, we unanimously find, with respect to the named defendant:

ISKENDER KAPLLANI:

❑ not guilty     ☑ guilty

TONY BEDINI:

❑ not guilty     ☑ guilty

If you find ISKENDER KAPLLANI and TONY BEDINI not guilty, you have completed your verdict.

If you find ISKENDER KAPLLANI guilty as charged, and/or TONY BEDINI guilty as charged, please answer the following.

We further find beyond a reasonable doubt that the conspiracy described in Count One involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine.

☐ not proven   ☑ proven

If you find that allegation not proven, you have completed your verdict. If you find that allegation proven, please answer the following.

We further find beyond a reasonable doubt that five kilograms or more of a mixture and substance containing a detectable amount of cocaine was attributable and reasonably foreseeable to the named defendant:

ISKENDER KAPLLANI:

☐ not proven   ☑ proven

TONY BEDINI:

☑ not proven   ☐ proven

I certify that the foregoing is the unanimous verdict of the jury.

_____
FOREPERSON

DATE: May 28 2015

2