# EXHIBIT A

**DEE COOPER**     *38 Water Street, Apt. 4, Quincy, MA 02169-6675  t: 857-266-6088*

September 25, 2015

Hon. Richard G. Stearns
U.S. District Court
1 Courthouse Way
Boston, MA 02210-3002

Your Honor:

I am writing in behalf of my brother, Iskender Kapplani, who awaits your sentencing. I know the law is the law, and I respect it. I also know I could be seen as biased since I am his sister. But I would like you to know something about the man who stands before you.

We are from a family born in Albania. He is the second oldest of my five brothers and the only one in the family to have acknowleged my 10th birthday with chocolates and some cake; that seems small, I know, but after all these years it has stayed with me and still touches me. When I was 17 he brought me to this country and put me through hair-dressing school, preparing me for the career I have today. After I arrived I lived with him for a period of time; he provided a roof over my head, food on the table and whatever else I needed to get established, never asking for anything in return.

He and his wife had two sons and he ended up owning a business (pizza restaurant) on the BU campus. In time, we were able to purchase a home together.

The man you're looking at is not an evil or uncaring man. He has done beautiful things for so many others, especially in the Albanian community where he is loved and cared for.

But, like countless others, he fell into the clutches of a disease that ended up doing his thinking and his decision-making for him. I'm sure that's not a new story to you, but it is his story. When he became involved with a certain crowd he became trapped inside an addiction, and from the inside he simply could not see his way out. If he could be freed from that sickness I know I would have my brother back; I also know the cure he needs is not likely to be found in a prison. That's why I am respectfully asking you to be as lenient as you feel you can be with him.

I believe all things are possible, which is why I am fully confident he can still get his life together, still reclaim it. He is aware of what he has already lost, especially opportunities to spend time with his boys, who are now 9 & 14. He was such a devoted father, taking them to their games, taking them fishing, taking them to Nantasket Beach. When I send him pictures showing how much they have grown it saddens and touches him deeply.

Your Honor, he still has it in him to get back to living the American Dream, and to help the rest of us resume living ours. So we are asking and hoping for the mercy of your court.

                                                                 Respectfully,

                                                                 *Dee Cooper*
                                                                 Dee Cooper

Honorable Richard G. Stearns
United States District Court of the District of Massachusetts
One Courthouse Way
Boston, MA 02270

Dear Judge Stearns,

I am writing to tell you about a man I love deeply.
He has been my partner for 18 years now.
I know Iskender as a hard working, dedicated father, and a good friend.
He always has been a strong family man and excellent provider.
Now I would like to tell you about his children.
We have two handsome, smart boys.
 Gary 14 and Eric 9.
These boys love their father and miss him so much.
Gary plays football and sometimes I have no chance to go and see him playing because I owe working a lot and he always going I wish my father was here and watch me playing
I have tried to explain to my children sometimes good people make bad choices.
I would ask your Honor for kindness when sentencing Iskender
Sincerely
 Majlinda Kapllanaj

Honorable Richard G. Stearns
United States District Court for the District of Massachusetts
One Court Way
Boston, MA 02210

Dear Judge Stearns,

My father is kind, caring and honest. He is always there when I need help with my homework. My father always was bringing me to the restaurant and fun places. I miss my father a lot. I haven't seen him in 3 years. I miss my father so much. My mom is working every day to pay the bills. I miss all the time I spent with him. Me, my brother and my mom are praying every day for my father.

Please your honor think about us when you are sentencing my father.

Thank You
Eric Kapilow

September 29, 2015

Ms. Helen Norman
35 Goff Street
Hyde Park, MA 02136

Re: Iskender Kapllani

Honorable Richard G. Stearns
United States District Court of Massachusetts
One Courthouse Way
Boston, MA 02210

Dear Judge Stearns,
I am writing to you regarding Iskender Kapllani, client of Attorney Daniel J. Cloherty.

I was introduced to Iskender back in 2000 through his sister. I would best describe him as a hard worker and a good father. Iskender worked many long hours at the pizza place he owned at that time. When we ordered he would make a point to deliver to our apartment building himself so that his son Gary could come because he knew that he looked forward to seeing our cat. More times than not our cat Midnight would often sneak out the door when we opened it and run down the hall, Iskender would save us the trouble of chasing him around and retrieve him for us. When I would drop by the pizza place on occasion he would drive me home so that I was not on public transportation by myself at night. You can see the admiration in his sons eyes when they looked at him.

Thank you for your time and consideration.

Respectfully,
Helen Norman

To whom it might concern.

I know Mr. Iskender Kapllani for 12 years now. He is a family man and a very hard worker. I have been a customer in his bar and he is a very communicative and respectful man. Please honorable judge keep in mind that he has two kids who can barely wait to have their father around. All the Albanian community is hoping and praying that his burden can be eased a little bit, because of his good behavior and devotion to his family.

Respectfully

Astrit Jakupi